**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Andrenita Haddad,<br>　　　　　　　Debtor, | Bankruptcy No. 25-13632-pmm<br><br>Chapter 13 |
| U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust,<br>　　　　　　　Movant,<br>　　v.<br>Andrenita Haddad,<br>　　　　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　　　　Trustee/Respondent. | Related to Doc. No. 37 |

### U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST'S OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As

Owner Trustee For RCF2 Acquisition Trust, ("U.S. BANK " or "Secured Creditor"), by and

through its undersigned counsel, hereby objects to the proposed First Amended Chapter 13 Plan

of Debtor Andrenita Haddad, and in support thereof alleges as follows:

1.  Andrenita Haddad ("Debtor"), filed a Voluntary Petition pursuant to Chapter 13 of the

    United States Bankruptcy Code on September 10, 2025.

2. U.S. BANK holds a security interest in the Debtor's real property located 128 Knightsbridge Dr Yardley, PA  19067 (the "Property"), by virtue of a Mortgage recorded with the Bucks County Recorder of Deeds on July 31, 2008 with Instrument #2008068262 which has ultimately been assigned to U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust.

3. Said Mortgage secures a Note in the amount of $310,000.00

4. On November 6, 2025, Secured creditor filed its Proof of Claim under the claim (7-1) in the total claim amount of $500,798.85 with $87,105.14 in pre-petition arrears. A true and correct copy of the Proof of Claim (with all supporting documents) is attached hereto as Exhibit "A."

5. On May 28, 2026, Debtor filed a First Amended Chapter 13 Plan (the "Plan") A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full post-petition arrearage per internal records of $34,784.41 , as it only provides a total of $14,410.55 to be paid to Secured Creditor through the Plan. see Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the post-petition arrearage which will be paid through the Plan and by the Office of the Chapter 13 Trustee.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5 U.S. BANK hereby objects to Debtor's proposed Plan on the grounds that the value of the claim to be distributed thereunder will be less than the allowed amount due and owing under the claim. see 11 U.S.C.A. § 1325(a)(5)(B)(ii).

**WHEREFORE**, Secured Creditor U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust, respectfully requests that this Court deny confirmation of the Chapter 13 Plan of Debtor Andrenita Haddad.

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

Date: June 16, 2026

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Andrenita Haddad,<br>　　　　　　Debtor, | Bankruptcy No. 25-13632-pmm<br><br><br>Chapter 13 |
| U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust,<br>　　　　　　Movant,<br>　　v.<br>Andrenita Haddad,<br>　　　　　　Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　　　Trustee/Respondent. | Related to Doc. No. 37 |

## <u>CERTIFICATE OF SERVICE</u>

　　　　**I HEREBY CERTIFY** that on June  16, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF to the following parties:

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

The following parties will be served by first class U.S. Mail:

Andrenita Haddad
128 Knights Bridge Drive
Morrisville, PA 19067

Respectfully Submitted,

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112
Fax: (404) 393-1425

By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com