**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

**In re** **CASE NO.: 25-13632-pmm**
**CHAPTER 13**

**Andrenita Haddad**

**Debtor.**
___________________________________/

**RESPONSE TO MOTION TO**
**RECONSIDER GRANTING ORDER TO DISMISS CASE**

**COMES NOW**, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"), by and through undersigned counsel, and files its Response in opposition to Debtor's Motion to Reconsider Granting Order to Dismiss Case, and, in opposition thereof, states the following.

1. Secured Creditor holds an interest in Debtor's property located at 128 Knights Bridge Drive, Yardley, PA 19067, by virtue of a duly recorded mortgage.
2. On September 10, 2025, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.
3. On January 20, 2026, the Chapter 13 Trustee filed a Motion to Dismiss Case for Failure to Make Plan Payments.
4. On October 13, 2026, this Honorable Court entered an Order Granting the Trustee's Motion to Dismiss Case for Failure to Make Plan Payments.
5. On October 23, 2026, Debtor filed a Motion to Reconsider Order Granting Motion to Dismiss Case.
6. In her Motion Debtor asserts that she will 'make a payment to the trustee to cure all delinquencies, including the monthly payments that come due by the date of the hearing of the instant Motion'.

7. The current amount of post-petition arrears owed by Debtor to Secured Creditor is $43,337.01, which includes payments under a Stipulation between the parties to resolve Debtor's previous failure to make payments.
8. Debtor has failed to set forth any substantive averments as to what new sources of revenue have become available to her.
9. Debtor received a discharge in her most recent prior Chapter 13 case on July 11, 2024, and filed the instant case on September 10, 2025.
10. Based on the foregoing facts Secured Creditor objects to the vacating of the Order of Dismissal.
11. Secured Creditor reserves the right to amend and supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests that the debtor's motion to reconsider granting order to dismiss case is **DENIED**.

Dated: November 17, 2026

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: (814) 504-2613
Facsimile: 561-997-6909

By: _/s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 17, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Andrenita Haddad
128 Knights Bridge Drive
Morrisville, PA 19067

**And via electronic mail to:**

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Authorized Agent for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: (801) 504-2613
Facsimile: 561-997-6909

By: _/s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com